UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KAMINA H. SCHULTZ )<br>        Plaintiff, )<br> )<br>v. )<br> )<br> )<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 5:24-CV-189-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on August 19, 2024, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on August 19, 2024, and Copies To:**
Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason / Samantha Zeiler (via CM/ECF Notice of Electronic Filing)


August 19, 2024                      PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk