UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KAMINA SCHULTZ | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MARTIN O'MALLEY, | ) | No. 5:24-CV-189-FL |
| Commissioner of Social Security | ) | |
|         Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's stipulation regarding plaintiff's motion for attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 4, 2024, it is ordered that defendant pay to plaintiff $$9,363.69 ($9,312.69 in attorney's fees and $81.00 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $405.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on October 4, 2024, and Copies To:**
Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)

October 4, 2024                     PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk